United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILLIAN JOSE MARTINEZ-ROJAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-1063 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**MEMORANDUM ON DISMISSAL**

The petitioner, Willian Jose Martinez-Rojas, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On May 28, 2026, the petitioner's counsel filed a Status Report stating that an immigration judge has granted the petitioner voluntary departure and that the petitioner has in fact departed the United States. (Docket Entry No. 9). Counsel submits that the habeas petition is now moot. (*Id.*).

Because the habeas petition is now moot, this case is **dismissed without prejudice**. Any pending motions are **denied as moot**.

SIGNED on June 10, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge